UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANOBEBE US INC.,

                Plaintiff,

-*against*-

MAYBORN (UK) LIMITED, MAYBORN USA, INC., *and* MAYBORN GROUP LIMITED,

                Defendants.

**ORDER**

23-cv-10075 (ER)

RAMOS, D.J.

    The Court is in receipt of Plaintiff's motion for a preliminary injunction. Doc. 15. Defendants are directed to respond by December 7, 2023. Plaintiff is directed to serve a copy of this order to Defendants and to file proof of service with the Court by November 30, 2023.

    SO ORDERED.

Dated:   November 22, 2023
            New York, New York

                                                EDGARDO RAMOS, U.S.D.J.