IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANOBEBE US INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-10075-ER-JLC |
| | ) |
| MAYBORN (UK) LIMITED, MAYBORN USA, INC., MAYBORN GROUP LIMITED, | ) ) ) ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER ON STIPULATED
WAIVER OF SERVICE AND ANSWER DEADLINE**

Nanobebe US Inc. ("Plaintiff") filed its Complaint initiating this action on November 15, 2023. The parties have since met, conferred, and agreed to stipulate to extend the date for Mayborn (UK) Limited, Mayborn USA, Inc. and Mayborn Group Ltd. ("collectively, "Defendants") to respond to the Complaint by ninety (90) days from November 20, 2023, the date when Plaintiff and Defendants' counsel first communicated about a waiver of service. In exchange, Defendants are hereby waiving formal service of process.

Subject to the Court's approval, the parties therefore stipulate that Defendants' time to respond to the Complaint be extended up to and including February 19, 2024.

Dated: November 27, 2023

BAKER BOTTS L.L.P.

By: /s/ Robert L. Maier
Robert L. Maier
robert.maier@bakerbotts.com
Jennifer C. Tempesta
jennifer.tempesta@bakerbotts.com
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
Tel: (212) 408-2500

Eliot D. Williams
eliot.williams@bakerbotts.com
BAKER BOTTS L.L.P.
700 K Street, N.W.
Washington, D.C. 20001-5692
Tel: (202) 639-7700

*Attorneys for Plaintiff Nanobebe US Inc.*

FISH & RICHARDSON P.C.

By: /s/ John S. Goetz
John S. Goetz
goetz@fr.com
7 Times Square, 20th Floor
New York, New York 10036
(212) 765-5070 (Telephone)
(212) 258-2291 (Facsimile)

*Attorneys for Defendants Mayborn (UK) Limited, Mayborn USA, Inc. and Mayborn Group Ltd.*

SO ORDERED:

_____
Hon. Edgardo Ramos, United States District Judge

/s/ Edgardo Ramos
Edgardo Ramos, U.S.D.J.
Dated: 11/29/2023
New York, New York