UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANOBEBE US INC,

        Plaintiff,

– against –

MAYBORN (UK) LIMITED, MAYBORN USA, INC.,
MAYBORN GROUP LIMITED,

        Defendants.

**ORDER**

23-cv-10075 (ER)

Ramos, D.J.:

    The parties are directed to appear at a preliminary injunction hearing on December 14, 2023 at 10:00 AM before the Honorable Edgardo Ramos in Courtroom 619 of the United States Courthouse, 40 Foley Square, New York, NY.

    It is SO ORDERED.

Dated:    December 6, 2023
            New York, New York

                                                  Edgardo Ramos, U.S.D.J.